# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**SHERRY MASON**                                                                                          **PLAINTIFF**

**VS.**                                                  **1:15-CV-00057-BRW**

**CAROLYN W. COLVIN,**
**Acting Commissioner,**
**Social Security Administration,**                                                                **DEFENDANT**

## ORDER

The Court has received Proposed Findings and Recommendations ("RD") from Magistrate Judge Joe J. Volpe. No objections have been filed. After a review of the RD and a *de novo* review of the record, the Court approves and adopts the RD as this Court's findings in all respects.

IT IS SO ORDERED this 1st day of March, 2016.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE